FILE COPY



**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 22, 2015

Hon. Lucy A. Williamson
Attorney at Law
210 W Cano, Suite B
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Alfredo Morales Jr.
Attorney at Law
P. O. Box 52942
McAllen, TX 78505
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00658-CV
Tr.Ct.No. F-4255-13-8
Style:    Nashin Manohar v. Priti Manohar

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:dot
Enc.
cc:   County Court at Law No. 8, Hidalgo County (DELIVERED VIA E-MAIL)
      Hon. Laura Hinojosa, District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)